IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | Case No. 25-30003 |
| In re: | ) | (Chapter 11) |
| | ) | |
| PARKSIDE PLACE, LLC | ) | Jointly Administered |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | Adv. Case No. 25-07009 |
| GENERATIONS ON 1ST, LLC, | ) | |
| PARKSIDE PLACE, LLC and THE | ) | |
| RUINS, LLC | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RED RIVER STATE BANK | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2025, I caused a copy of the complaint in this matter (the "Complaint," as found at DE #1) and the summons (the "Summons," as found at DE #2) to be served, upon Red River State Bank ("RRSB" or the "Defendant"), as follows:

*First*, pursuant to Federal Rule of Bankruptcy Procedure 7004(h), by causing a third party mailing vendor to send a copy of the Complaint and the Summons, via certified mail, to Charles Aarestad ("Mr. Aarestad"), a known officer of the Defendant, addressed as follows:

1

Charles Aarestad
Red River State Bank
300 2nd Ave West
Halstad, MN 56548

The certified mail tracking number for this parcel is 9589071052702308543231.

 *Second*, pursuant to Federal Rule of Bankruptcy Procedure 7004(h)(1), to the extent an appearance by counsel for RRSB in the above-captioned bankruptcy proceedings may be construed as an appearance for purposes of this adversary proceeding in the scope of the subject rule, by causing a third party mailing vendor to send a copy of the Complaint and the Summons, via first class mail, to Caren Stanley, Esq., counsel for RRSB in the above-captioned bankruptcy proceedings, addressed as follows:

Caren Stanley, Esq.
Vogel Law Firm
218 NP Avenue
Fargo ND 58102

Respectfully Submitted,

Dated: February 26, 2025  By: /s/ Maurice B. VerStandig
  Maurice B. VerStandig, Esq.
  The Dakota Bankruptcy Firm
  1630 1st Avenue N
  Suite B PMB 24
  Fargo, North Dakota 58102-4246
  Phone: (701) 394-3215
  mac@dakotabankruptcy.com
  *Counsel for the Debtors*