IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| In re: | ) | Case No. 25-30003 |
| | ) | (Chapter 11) |
| PARKSIDE PLACE, LLC | ) | |
| | ) | |
| Debtor | ) | Jointly Administered |
| | ) | |
| GENERATIONS ON 1ST, LLC, | ) | Adv. Case No. 25-07009 |
| PARKSIDE PLACE, LLC and THE | ) | |
| RUINS, LLC | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RED RIVER STATE BANK | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Christianna A. Cathcart as counsel for Generations on 1st LLC, Parkside Place LLC, and The Ruins LLC, collectively the debtors herein, and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: February 28, 2025    By: | /s/ Christianna A. Cathcart |
|  | Christianna A. Cathcart, Esq. |
|  | The Dakota Bankruptcy Firm |
|  | 1630 1st Avenue N |
|  | Suite B PMB 24 |
|  | Fargo, North Dakota 58102-4246 |
|  | Phone: (701) 970-2770 |
|  | christianna@dakotabankruptcy.com |
|  | *Counsel for the Debtors* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.

2