IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-30002 |
| | ) | (Chapter 11) |
| GENERATIONS ON 1ST, LLC | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | Case No. 25-30003 |
| In re: | ) | (Chapter 11) |
| | ) | |
| PARKSIDE PLACE, LLC | ) | Jointly Administered |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | Adv. Case No. 25-07009 |
| GENERATIONS ON 1ST, LLC, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RED RIVER STATE BANK | ) | |
| | ) | |
| Defendant | ) | |

## **NOTICE OF FILING EXHIBITS**

Come now Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC (collectively, the "Debtors"), by and through undersigned counsel, and note as follows:

During oral argument in an unrelated matter, it has come to the attention of the Debtors' counsel that this Honorable Court uses Westlaw, in lieu of LexisNexis. A brief in opposition to a motion to dismiss, DE #8, filed earlier this week, includes various citations to unpublished cases, using their respective LexisNexis citations. The Debtors note the correlative Westlaw citation for each such case to be as follows (where available), with copies of each case being appended hereto.

1

*Anderson v. Sullivan*,
2007 WL 952032 (D.N.D. Mar. 28, 2007)

*Davies United States Inc. v. Weston*,
*Westlaw Citation Unavailable on LexisNexis (D. Del. Mar. 28, 2025)

*Finstad v. Gord (In re Finstad)*,
*Westlaw Citation Unavailable on LexisNexis (Bankr. D.N.D. Oct. 21, 2019)

*Fisher v. MRM Grp. (In re Multi-Risk Mgmt.)*,
*Westlaw Citation Unavailable on LexisNexis (Bankr. N.D. Ill. Sep. 8, 1998)

*In re Baker*,
2020 WL 3815280 (Bankr. D. Kan. June 1, 2020)

*In re Southwest Equip. Rental, Inc.*,
1992 WL 684872 (E.D. Tenn. July 9, 1992)

*In re Wright*,
2009 WL 3633811 (Bankr. D.N.M. Oct. 30, 2009)

*Jacobs v. Jacobs*,
*Westlaw Citation Unavailable on LexisNexis (N.D. Ohio Dec. 6, 2007)

*JPMorgan Chase Bank, NA v. Martin*,
*Westlaw Citation Unavailable on LexisNexis (N.D. Cal. Mar. 29, 2006)

*Mukamal v. Nat'l Christian Found., Inc. (In re Palm Beach Fin. Partners)*,
*Westlaw Citation Unavailable on LexisNexis (Bankr. S.D. Fla. Dec. 10, 2014)

*Parizek v. Cty. of Ward N.D.*,
2019 WL 13394578 (D.N.D. Nov. 14, 2019)

*Quinn v. Elite Custom Transporters & Motorcoaches, LLC*,
2011 WL 1869391 (D. Minn. May 16, 2011)

*Rothman v. Friedman Vartolo, LLP (In re Rothman)*,
2024 WL 695753 (Bankr. D.N.J. Feb. 20, 2024)

*Stone v. Citizens Equity First Credit Union (In re Int'l Supply Co.)*,
2022 WL 962296 (Bankr. C.D. Ill. Mar. 30, 2022)

*United States v. Spencer*,
*Westlaw Citation Unavailable on LexisNexis (D. Minn. Oct. 17, 2005)

*Wade Park Land Holdings, LLC v. Kalikow (In re Wade Park Land Holdings, LLC)*,
2024 WL 3024648 (2d Cir. June 17, 2024)

*Warfield v. Carnie*,
2007 WL 1112591 (N.D.Tex. Apr. 13, 2007)

                                        Respectfully Submitted,

Dated: April 2, 2025             By:     /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig, Esq.
                                                     The Dakota Bankruptcy Firm
                                                     1630 1st Avenue N
                                                     Suite B PMB 24
                                                     Fargo, North Dakota 58102-4246
                                                     Phone: (701) 394-3215
                                                     mac@dakotabankruptcy.com

                                                     *Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                     /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig