UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st, LLC,<br><br>                    Debtor,<br>_____/ | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC,<br><br>                    Debtor,<br>_____/ | Bankruptcy No. 25-30003<br>Chapter 11 |
| The Ruins, LLC,<br><br>                    Debtor,<br>_____/ | Bankruptcy No. 25-30004<br>Chapter 11 |
| Generations on 1st LLC,<br>Parkside Place LLC,<br>The Ruins, LLC,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>Red River State Bank,<br><br>                    Defendant.<br>_____/ | Adversary No. 25-07009 |

**NOTICE OF ORAL ARGUMENT**

Oral Argument will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Tuesday, July 8, 2025, at 10:30 A.M.** to consider and act upon the following matters:

- **Oral Argument on Motion by Defendant, Red River State Bank, to Dismiss Adversary Proceeding filed March 28, 2025. (Doc. 7)**

- **Objection by Plaintiffs to Red River State Bank's Motion to Dismiss Adversary Proceeding filed March 31, 2025. (Doc. 8)**

    Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

    Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: June 16, 2025.                    Kay A. Melquist, Clerk
                                         United States Bankruptcy Court
                                         Quentin N. Burdick United States Courthouse
                                         655 1st Avenue North, Suite 210
                                         Fargo, ND 58102-4392

                              By:   /s/  *Sharon Horsager*
                                         Sharon Horsager, Deputy Clerk

Copy served electronically June 16, 2025, to Electronic Mail Notice List for Adversary Case No. 25-7009.