UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 25-30002<br>Chapter 11 |
| Generations on 1st, LLC, | |
| Debtor, / | |
| Parkside Place, LLC, | Bankruptcy No. 25-30003<br>Chapter 11 |
| Debtor, / | |
| The Ruins, LLC, | Bankruptcy No. 25-30004<br>Chapter 11 |
| Debtor, / | |
| Generations on 1st LLC,<br>Parkside Place LLC,<br>The Ruins, LLC, | |
| Plaintiffs, | |
| vs. | Adversary No. 25-07009 |
| Red River State Bank, | |
| Defendant. / | |

**AMENDED NOTICE OF ORAL ARGUMENT**

Oral Argument will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Tuesday, July 8, 2025, at 10:30 A.M.** to consider and act upon the following matters:

- **Oral Argument on Motion by Defendant, Red River State Bank, to Dismiss Adversary Proceeding filed March 28, 2025. (Doc. 7)**

- **Objection by Plaintiffs to Red River State Bank's Motion to Dismiss Adversary Proceeding filed March 31, 2025. (Doc. 8)**

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: June 16, 2025.

Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By:   /s/  *Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically June 16, 2025, to Electronic Mail Notice List for Adversary Case No. 25-7009.