**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: ) | Bankruptcy No. 25-30002 | |
| ) | Chapter 11 | |
| Generations on 1st, LLC ) | | |
| ) | | |
|     Debtor, Jointly Administered. ) | | |
| ) | | |
| Parkside Place, LLC ) | Bankruptcy No. 25-30003 | |
| ) | Chapter 11 | |
|     Debtor, Jointly Administered. ) | | |
| ) | | |
| The Ruins, LLC ) | Bankruptcy No. 25-30004 | |
| ) | Chapter 11 | |
|     Debtor. ) | | |
| ) | | |
| ) | Adversary No. 25-7009 | |
| Generations on 1st, LLC, Parkside ) | | |
| Place, LLC and The Ruins, LLC, ) | | |
| ) | | |
|     Plaintiffs, ) | | |
| v. ) | | |
| ) | | |
| Red River State Bank, ) | | |
| ) | | |
|     Defendant. ) | | |

**ORDER REGARDING DISCOVERY**

On July 11, 2025, the Court entered an order granting in part and denying in part Defendant Red River State Bank's ("RRSB") Motion to Dismiss. Although the Court has not yet entered a Scheduling and Discovery Order, the parties may proceed with discovery regarding those claims that survived. The parties are also free to begin discovery regarding Debtors/Plaintiffs' deceit and fraud claims, bearing in mind that the Court has not ruled on these claims. Consequently, discovery regarding these claims may be moot or limited in scope as a result of the Court's ruling.

Dated: August 6, 2025.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court