B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, _Lila Stanley_ (name), certify that service of this summons and a copy of the third-party complaint was made _December 18, 2025_ (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:  Craig Development, LLC
  Attn: Officer or Managing Agent
  1405 1st Ave N
  PO Box 426
  Fargo, ND 58107-0426

- [ ] Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

- [ ] Publication: The third-party defendant was served as follows: [Describe briefly]

- [ ] State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _12/18/25_    Signature _[signature]_

Print Name:    Lila Stanley

Business Address:    Vogel Law Firm

218 NP Ave, Fargo, ND 58102

B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, _Lila Stanley_ (name), certify that service of this summons and a copy of the third-party complaint was made _December 18, 2025_ (date) by:

☒   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
    to:   Craig Properties, LLC
          Attn: Officer or Managing Agent
          1405 1st Ave N
          PO Box 426
          Fargo, ND 58107-0426

☐   Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

☐   Publication: The third-party defendant was served as follows: [Describe briefly]

☐   State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _12/18/25_     Signature _[signed]_

Print Name:         Lila Stanley

Business Address:   Vogel Law Firm

                    218 NP Ave, Fargo, ND 58102

B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, **Lila Stanley** (name), certify that service of this summons and a copy of the third-party complaint was made **December 18, 2025** (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:   Jordan Horner
1405 1st Ave N
PO Box 426
Fargo, ND 58107-0426

☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

☐ Publication: The third-party defendant was served as follows: [Describe briefly]

☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **12/18/25**   Signature _____

Print Name:   Lila Stanley

Business Address:   Vogel Law Firm

218 NP Ave, Fargo, ND 58102

B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, _Lila Stanley_ (name), certify that service of this summons and a copy of the third-party complaint was made _December 18, 2025_ (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:  Jordan Horner
  7365 15th St S
  Fargo, ND 58104

- ☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

- ☐ Publication: The third-party defendant was served as follows: [Describe briefly]

- ☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _12/18/25_    Signature _[signature]_

Print Name: Lila Stanley

Business Address: Vogel Law Firm

218 NP Ave, Fargo, ND 58102

B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, _Lila Stanley_ (name), certify that service of this summons and a copy of the third-party complaint was made _December 18, 2025_ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:  Jesse Craig
   1405 1st Ave N
   PO Box 426
   Fargo, ND 58107-0426

☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

☐ Publication: The third-party defendant was served as follows: [Describe briefly]

☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _12/18/25_     Signature _[signed]_

Print Name:     Lila Stanley

Business Address:     Vogel Law Firm

                218 NP Ave, Fargo, ND 58102

B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, __Lila Stanley__ (name), certify that service of this summons and a copy of the third-party complaint was made __December 18, 2025__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
  to:    Jesse Craig
         110 14th St N
         Fargo, ND 58102

☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

☐ Publication: The third-party defendant was served as follows: [Describe briefly]

☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __12/18/25__    Signature __[signature]__

Print Name:    Lila Stanley

Business Address:    Vogel Law Firm

                     218 NP Ave, Fargo, ND 58102