## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

Generations on 1ˢᵗ, LLC,

Bankruptcy No 25-3002
Chapter 11

Debtor.

(Jointly Administered)

Parkside Place, LLC,

Bankruptcy No. 25-30003
Chapter 11

Debtor.

Generations on 1ˢᵗ, LLC,
Parkside Place, LLC,
The Ruins, LLC,

Plaintiffs,

Adversary No. 25-07009

vs.

Red River State Bank,

Defendant.

---

## MOTION FOR ORDER FOR SUBSTITUTION OF ATTORNEYS

Pursuant to Local Bankruptcy Rule 9010-2 and Rule 1.3(F), D.N.D. Gen.L.R., Plaintiff The Ruins, LLC hereby moves the Court for an Order allowing the substitution of Erik A. Ahlgren of Ahlgren Law Office, PLLC (the Chapter 7 Trustee in The Ruins, LLC Chapter 7 Case No. 25-30004) , in place of Maurice VerStandig and Christianna A. Cathcart of The Dakota Bankruptcy Firm, as counsel for Plaintiff The Ruins, LLC in the above-captioned Adversary Proceeding 25-07009.

Dated:  January 16, 2025.

THE DAKOTA BANKRUPTCY FIRM

By:___/s/ Christianna A. Cathcart_____
Christianna A. Cathcart
1630 First Ave. N.
Ste. B PMB 24
Fargo, ND  58102-4246
Office: (701) 394-3215
christianna@dakotabankruptcy.com


By:___/s/ Maurice VerStandig_____
Maurice VerStandig
1630 First Ave. N.
Ste. B PMB 24
Fargo, ND  58102-4246
Office: (701) 394-3215
mac@mbvesq.com

FORMER ATTORNEYS FOR PLAINTIFF
THE RUINS, LLC



Dated:  January 16, 2025.

AHLGREN LAW OFFICE, PLLC

By:___/s/ Erik A. Ahlgren_____
Erik A. Ahlgren
ND License #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlaw.net
NEW ATTORNEY FOR PLAINTIFF
THE RUINS, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Generations on 1st, LLC,

        Debtor.

Bankruptcy No 25-3002
Chapter 11

(Jointly Administered)

Parkside Place, LLC,

        Debtor.

Bankruptcy No. 25-30003
Chapter 11

Generations on 1st, LLC,
Parkside Place, LLC,
The Ruins, LLC,

        Plaintiffs,

Adversary No. 25-07009

vs.

Red River State Bank,

        Defendant.

**NOTICE OF MOTION FOR SUBSTITUTION OF ATTORNEY**

    NOTICE IS HEREBY GIVEN that Plaintiff The Ruins, LLC has filed a Motion for

Substitution of Counsel.  A copy of said Motion is attached hereto and herewith served upon you.

    NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be file

with the Clerk of the United States Bankruptcy Court, the address of which is 655 First Avenue

North, Suite 210, Fargo, ND 58102, with a copy mailed to the undersigned within fourteen (14) days

from the date of the mailing of this Notice.  Any objection not so filed and served may be deemed

waived.

Dated this 16th day of January, 2026.

Ahlgren Law Office, PLLC

By: /s/ ERIK A. AHLGREN
ND License #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlaw.net
NEW ATTORNEY FOR PLAINTIFF
THE RUINS, LLC