# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Generations on 1st LLC, <br><br> Debtor. | Case No.: 25-30002 <br><br> Chapter 11 |
| In Re: <br><br> Parkside Place LLC, <br><br> Debtor. | Case No.: 25-30003 <br><br> Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, <br><br>    Plaintiffs, <br><br> vs. <br><br> Red River State Bank, <br><br>    Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> Craig Development, LLC, Craig Properties, LLC, Jesse Craig, and Jordan Horner, <br><br>    Third-Party Defendants. | Adversary No.: 25-07009 |

**DEFENDANT'S RESPONSE TO MOTION TO DISMISS COUNTERCLAIM AND STRIKE THIRD-PARTY CLAIM FILED BY GENERATIONS ON 1ST AND PARKSIDE PLACE, LLC**

Red River State Bank ("RRSB") filed its Defendant's Answer and Counterclaim and Third-Party Complaint on December 10, 2025.[1] On January 6, 2026, Generations on 1st, LLC and Parkside Place, LLC ("Chapter 11 Debtors") responded by their Motion to Dismiss Counterclaimn (sic) and Strike Third-Party Claim (the "Motion").[2] No other party has responded to Defendant's Answer and Counterclaim and Third-Party Complaint.

In response to the Motion, consistent with Rule 15(a)(1)(B) of the Federal Rules of Bankruptcy Procedure, RRSB has amended its Defendant's Answer and Counterclaim and Third-Party Complaint by filing its Defendant's First Amended Answer and Counterclaim.[3] Accordingly, RRSB respectfully requests that this Court deny Chapter 11 Debtors' Motion as moot.[4]

Dated this 27th day of January, 2026.

---

[1] *See* ECF No. 31.

[2] *See generally* ECF No. 36.

[3] *See generally* ECF. No. 42; *cf.* Fed. R. Civ. P. 15(a)(1)(B) (allowing a party to amend a pleading as a matter of course within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier"); *cf. also* Fed. R. Bankr. P. 7015 ("Fed. R. Civ. P. 15 applies in an adversary proceeding.").

[4] *See, e.g., Gonzalez v. Jeld-Wen, Inc.*, Case No. 3:24-cv-01116-JO-VET, 2024 WL 3892939, at *1 (S.D. Cal. Aug. 21, 2024) ("When a party properly avails itself of the opportunity to amend its pleading in response to a Rule 12(b) motion, courts deny the pending motions to dismiss as moot." (citation omitted)); *see also Cutts v. Berkeley Police Dep't*, No. 4:24-cv-01102-AGF, 2024 WL 4227758, at *1 (E.D. Mo. Sept. 18, 2024) ("In light of Plaintiff's amended complaint (ECF No. 13), filed under Rule 15(a)(1)(B), Defendants' motion to dismiss (ECF. No. 6) will be denied as moot." (citations omitted)).

2

**VOGEL LAW FIRM**

BY: /s/ Drew J. Hushka
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
ATTORNEYS FOR DEFENDANT AND
THIRD PARTY PLAINTIFF RED RIVER
STATE BANK