# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>    Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Generations on 1st LLC,<br><br>    Debtor. | Case No.: 25-30003<br><br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>Red River State Bank,<br><br>        Defendant and Third-Party Plaintiff,<br><br>   vs.<br><br>Craig Development, LLC, Craig Properties, LLC, Jesse Craig, and Jordan Horner,<br><br>        Third-Party Defendants. | Adversary No.: 25-07009 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, the following documents:

    Defendant's First Amended Answer and Counterclaim [ECF No. 42]

    Defendant's Response to Motion to Dismiss Counterclaim and Strike Third-Party Claim Filed by Generations on 1st and Parkside Place, LLC [ECF No. 43]

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to all parties.

**VOGEL LAW FIRM**

BY: */s/ Drew J. Hushka*  .
    Drew J. Hushka (#08230)
    dhushka@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND 58107-1389
    701.237.6983
    ATTORNEYS FOR DEFENDANT AND
    THIRD-PARTY PLAINTIFF RED RIVER
    STATE BANK