**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC<br><br>    Debtor, Jointly Administered.<br>―――――――――――――――――<br>Parkside Place, LLC<br><br>    Debtor, Jointly Administered.<br>―――――――――――――――――<br>The Ruins, LLC<br><br>    Debtor.<br>―――――――――――――――――<br>Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC,<br><br>    Plaintiffs,<br>v.<br><br>Red River State Bank,<br><br>    Defendant.<br>―――――――――――――――――| Bankruptcy No. 25-30002<br>Chapter 11<br><br><br><br><br>Bankruptcy No. 25-30003<br>Chapter 11<br><br><br><br><br>Bankruptcy No. 25-30004<br>Chapter 11<br><br><br><br>Adversary No. 25-7009 |

**ORDER DENYING MOTION TO DISMISS**

On November 12, 2025, Debtors Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC filed a First Amended Complaint alleging claims and causes of action against Defendant Red River State Bank ("RRSB"). RRSB filed an Answer and Counterclaim and Third-Party Complaint on December 10, 2025. Doc. 31. The Counterclaim and Third-Party Complaint prompted Debtors to file a Motion to Dismiss Counterclaims and Strike Third-Party Complaint. Doc. 36. On January 27, 2026, RRSB filed an Amended Answer and Claim. In this pleading RRSB omitted its third-party

claims.  Additionally, RRSB amended its counterclaim prayer for relief to seek a reduction of its alleged liability to Debtors consistent with the doctrine of recoupment. The Amended Answer and Counterclaim replace its original Answer and Counterclaim and Third-Party Compliant, rendering moot Debtors' Motion to Dismiss Counterclaims and Strike Third-Party Claim.  See <u>Pure Country, Inc. v. Sigma Chi Fraternity</u>, 312 F.3d 952, 956 (8th Cir. 2002) ("[Plaintiff's] motion to amend the complaint rendered moot [defendant's] motion to dismiss the original complaint.").

IT IS ORDERED that Debtors' Motion to Dismiss Counterclaims and Strike Third-Party Claim [Doc. 36] is denied because it is moot.

Dated: January 29, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

2