UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Generations on 1st, LLC,

          Debtor.

Parkside Place, LLC,

          Debtor.

Generations on 1st, LLC,
Parkside Place, LLC,
The Ruins, LLC,

          Plaintiffs,

vs.

Red River State Bank,

          Defendant.

Bankruptcy No 25-30002
Chapter 11

(Jointly Administered)

Bankruptcy No. 25-30003
Chapter 11

Adversary No. 25-07009

## ORDER

On January 16, 2026, Plaintiff and Counter-Defendant, The Ruins, LLC, filed a Motion for Order for Substitution of Attorneys. Doc. 40. The Court received no objections in the time allowed.

**IT IS ORDERED** that Attorneys Maurice VerStandig and Christianna A. Cathcart of The Dakota Bankruptcy Firm are permitted to withdraw as counsel for Plaintiff and Counter-Defendant, The Ruins. Attorney Erik A. Ahlgren of Ahlgren Law Office, counsel for the Trustee of the bankruptcy estate of The Ruins, may appear as Plaintiff's/Counter-Defendant's attorney of record for The Ruins, LLC.

Dated: February 5, 2026.

/s/Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court