# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>GENERATIONS ON 1ST, LLC,<br><br>Debtor, | Case No.: 25-30002<br>Chapter 11 |
| In re:<br><br>PARKSIDE PLACE, LLC,<br><br>Debtor, | Case No.: 25-30003<br>Chapter 11<br>Jointly Administered |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No.: 25-07009 |

## RESPONSE TO DEFENDANT'S FIRST AMENDED COUNTERCLAIM

Plaintiff, The Ruins, LLC, ("The Ruins"), answers the first amended counter-claims of Defendant, Red River State Bank ("RRSB"), and states as follows:

### GENERAL DENIAL

This answer on behalf of The Ruins is being submitted by Erik Ahlgren in his

capacity as the Chapter 7 Bankruptcy Trustee (the "Trustee"). The Ruins denies each and every allegation set forth in the Counterclaim except as hereinafter specifically admitted, qualified, or otherwise answered. To the extent The Ruins states that any of the allegations in the Complaint do not require a response, state a legal conclusion, speak for themselves, or some other similar qualification, but an admission or denial is required, RRSB denies all such allegations in the Complaint.

## ANSWER

1. The Ruins admits the allegations contained in Paragraphs 1 – 6 of the counter-claim.

2. With respect to Paragraphs 7 – 488, the Trustee does not have sufficient information to admit or deny the allegations and holds RRSB to its burden of proof with respect to the allegations contained in those paragraphs.

3. Paragraphs 489 – 512 do not make allegations with respect to the Ruins, so no answer is required to be promulgated by The Ruins.

4. With respect to Paragraphs 513 – 524, the Trustee does not have sufficient information to admit or deny the allegations and holds RRSB to its burden of proof with respect to the allegations contained in those paragraphs.

## AFFIRMATIVE DEFENSES

1. Defendant's Answer & Counter-Claim fails to state a claim upon which relief can be granted.

2. Defendant's claims are barred by the doctrines of unclean hands, waiver, and/or estoppel.

3. Defendant's claims are barred by the doctrines of offset and recoupment.

4. Plaintiff reserve the right to amend or supplement this Answer and Affirmative Defenses to assert and incorporate any and all other affirmative defenses, if facts are discovered that would make such defenses applicable.

**WHEREFORE**, The Ruins respectfully requests judgment dismissing RRSB's counterclaim with prejudice, and award to The Ruins its damages and costs, disbursements and attorneys' fees incurred herein and such other relief as may be just and appropriate as determined by the Court.

Ahlgren Law Office, PLLC

Dated: February 17, 2026

/e/Erik A. Ahlgren
Erik A. Ahlgren, Attorney #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEYS FOR THE RUINS