**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC,<br><br>　　　　　Debtor. | Case No.: 25-30002<br>Chapter 11 |
| In re:<br><br>Parkside Palace, LLC,<br><br>　　　　　Debtor. | Case No. 25-30003<br>Chapter 11<br>Jointly Administered |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>Red River State Bank,<br><br>　　　　　Defendants. | Adv. Proc. No. 25-07009 |

## CERTIFICATE OF SERVICE

I, Hadley Klepper, declare she caused to be served the following documents in connection with the above-referenced adversary proceeding:

Answer to Counterclaim Filed by The Ruins, LLC. (Ahlgren, Erik)

via CM/ECF

ERIK A. AHLGREN on behalf of Counter-Defendant The Ruins, LLC
erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN on behalf of Plaintiff The Ruins, LLC
erik@ahlgrenlawoffice.net,
lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutio

ns.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren on behalf of Counter-Defendant The Ruins, LLC
trustee@prtel.com,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren on behalf of Plaintiff The Ruins, LLC
trustee@prtel.com,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Christianna A. Cathcart on behalf of Plaintiff Generations on 1st LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Plaintiff Parkside Place LLC
christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Dan Frisk on behalf of 3rd Pty Defendant Craig Development, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of 3rd Pty Defendant Craig Properties, LLC
peggy@stflawfirm.com

Dan Frisk on behalf of 3rd Pty Defendant Jesse Craig
peggy@stflawfirm.com

Dan Frisk on behalf of 3rd Pty Defendant Jordan Horner
peggy@stflawfirm.com

Drew J. Hushka on behalf of Defendant Red River State Bank
dhushka@vogellaw.com,
sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Caren Stanley on behalf of Defendant Red River State Bank
cstanley@vogellaw.com,
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Defendant Red River State Bank
ktanabe@vogellaw.com,
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig on behalf of Counter-Defendant Generations on 1st LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Counter-Defendant Parkside Place LLC
mac@mbvesq.com,

mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Generations on 1st LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Parkside Place LLC
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Executed on: February 17, 2026         Signed:  /s/Hadley Klepper
                                                Hadley Klepper
                                                220 W. Washington Ave, Ste 105
                                                Fergus Falls, MN  56537