# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Generations on 1st, LLC, | Case No.: 25-30002 |
| | Chapter 11 |
| Debtor, | |

| | |
|---|---|
| In re: | Case No.: 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | Jointly Administered |
| Debtor, | |

| | |
|---|---|
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, | Adversary No.: 25-07009 |
| Plaintiffs, | |
| v. | |
| Red River State Bank, | |
| Defendant. | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE
## AND WITH TOLLING AGREEMENT

The Ruins, LLC, ("The Ruins"), and Red River State Bank ("RRSB"), stipulate and agree as follows:

1. The Ruins and RRSB hereby stipulate and agree that all claims, counterclaims, crossclaims, and causes of action asserted by and between The Ruins, and RRSB in the above-captioned action are dismissed without prejudice, with each

party to bear its own attorneys' fees and costs as between them, unless otherwise agreed in writing.

    2.    The parties agree that any and all applicable statutes of limitation, statutes of repose, contractual or equitable time bars, deadlines, notice requirements, laches, waiver, or similar time-based defenses (collectively, "Time-Based Defenses") as to any claims or causes of action that The Ruins and/or RRSB have or may have against each other arising out of or related to the facts, transactions, or occurrences at issue in this action are tolled and suspended, and no time shall run thereon, beginning on the effective date of this Stipulation and continuing through and including the date that is 60 days following written notice from RRSB to The Ruins of resolution of the claims asserted by Generations on 1st, LLC and Parkside Place, LLC against RRSB. The written notice to The Ruins shall be provided to the undersigned counsel for the bankruptcy trustee, shall attach a copy of this stipulation and shall specifically state the date through which the trustee may assert any claims.

    3.    This tolling is without prejudice to any party's substantive rights, claims, defenses, or counterclaims, and is intended solely to preserve such rights during the tolling period. Nothing in this Stipulation shall be construed as an admission of liability, fault, or wrongdoing by any party.

    4.    For purposes of this Stipulation, resolution shall mean the later of: (a) entry of a judgment or order resolving all claims by Generations on 1st, LLC and Parkside Place, LLC against RRSB by the Bankruptcy Court in the above-captioned case; or (b) execution of a final settlement agreement fully disposing of such claims.

    5.    Subject to and upon the Court's approval, the parties request entry of an order dismissing without prejudice all claims and counterclaims between The Ruins, LLC and RRSB as set forth herein. The tolling provisions shall be effective as of the date of execution by both parties and shall remain effective regardless of the timing of any Court order of dismissal.

    6.    This Stipulation constitutes the entire agreement between The Ruins, LLC and RRSB with respect to dismissal without prejudice and tolling as described herein and may be amended only by a writing signed by both parties.

    Ahlgren Law Office, PLLC

Dated: March 12, 2026    /e/Erik A. Ahlgren

Erik A. Ahlgren, Attorney #191814
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEYS FOR TRUSTEE

**VOGEL LAW FIRM**

/s/ Drew J. Hushka
Drew J. Hushka (#0396529)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
Email: dhushka@vogellaw.com

ATTORNEYS FOR RED RIVER STATE BANK