# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Generations on 1st, LLC, | Case No.: 25-30002 |
| | Chapter 11 |
| Debtor, | |
| In re: | Case No.: 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | Jointly Administered |
| Debtor, | |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, | Adversary No.: 25-07009 |
| Plaintiffs, | |
| v. | |
| Red River State Bank, | |
| Defendant. | |

## NOTICE AND MOTION TO APPROVE
## STIPULATION TO DISMISS WITHOUT PREJUDICE AND TOLLING AGREEMENT

Erik Ahlgren, the bankruptcy trustee (the "Trustee") for the bankruptcy estate of the Ruins, LLC (the "Ruins"), bankruptcy case no. 25-30004, respectfully requests that the Court approve a Stipulation to Dismiss Without Prejudice and Tolling Agreement (the "Agreement") entered into with Red River State Bank ("RRSB") dated March 12, 2026. The Agreement, in essential part,

provides as follows:

The Ruins and RRSB stipulate and agree that all claims, counterclaims, crossclaims, and causes of action asserted by and between the Ruins and RRSB in the above-captioned action are dismissed without prejudice, with each party to bear its own attorneys' fees and costs as between them, unless otherwise agreed in writing. The Ruins and RRSB agree that any and all applicable statutes of limitation, statutes of repose, contractual or equitable time bars, deadlines, notice requirements, laches, waiver, or similar time-based defenses as to any claims or causes of action that the Ruins and RRSB have or may have against each other arising out of or related to the facts, transactions, or occurrences at issue in this action are tolled and suspended, and no time shall run thereon, beginning on the effective date of the stipulation and continuing through and including the date that is 60 days following written notice from RRSB to the Ruins of resolution of the claims asserted by Generations on 1st, LLC and Parkside Place, LLC against RRSB.

A full copy of the Agreement may be obtained by contacting the Trustee.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (see address below) |
| 655 First Ave. N. – Suite 210 | Suite 303 | |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | |

DATE OF MAILING:  March 12, 2026

/s/ Erik Ahlgren
Erik Ahlgren, Trustee
Ahlgren Law Office, PLLC
220 W Washington Ave. Ste 105
Fergus Falls, MN  56537