# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Generations on 1st, LLC, | Case No.: 25-30002 |
| | Chapter 11 |
| Debtor, | |

| | |
|---|---|
| In re: | Case No.: 25-30003 |
| | Chapter 11 |
| Parkside Place, LLC, | Jointly Administered |
| Debtor, | |

| | |
|---|---|
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, | Adversary No.: 25-07009 |
| Plaintiffs, | |
| v. | |
| Red River State Bank, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Hadley Klepper, declare she caused to be served the following documents in connection with the above-referenced adversary proceeding:

- Stipulation By and Between The Ruins, LLC Filed by Plaintiff The Ruins, LLC. (Ahlgren, Erik) (Doc 54)

- Motion to Approve Stipulation (related document(s)[54] Stipulation) Including: Notice of Motion served on 3/12/2026 Filed by Plaintiff The Ruins, LLC Last day to object is 04/2/2026. (Ahlgren, Erik) (Doc 55)

via CM/ECF

| | |
|---|---|
| Executed on: March 12, 2026 | Signed: /s/Hadley Klepper<br>Hadley Klepper<br>220 W. Washington Ave, Ste 105<br>Fergus Falls, MN 56537 |