UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 25-30002 |
| | ) | |
| Generations on 1st, LLC | ) | Chapter 11 |
| | ) | |
| Debtor, Jointly Administered. | ) | |

| | | |
|---|---|---|
| Parkside Place, LLC, | ) | Bankruptcy Case No. 25-30003 |
| | ) | |
| Debtor, Jointly Administered. | ) | Chapter 11 |

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 25-30004 |
| | ) | |
| The Ruins, LLC, | ) | Chapter 7 (formerly Chapter11) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| Generations on 1st LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary No. 25-7009 |
| | ) | |
| v. | ) | |
| | ) | |
| Red River State Bank, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| Red River State Bank, | ) | Adversary No. 26-7003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Craig Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT OF MEDIATOR**

The undersigned court appointed mediator reports to the Cour as follows:


___X___      A.      A mediation conference was conducted in person on May 12, 2026.

_____   B.   The conference resulted in the following:

_____   Agreement signed (total resolution).

___X___   The parties reached an impasse.

_____   The parties settled the following issues:

(a)

(b)

(c)


_____ C.   The conference was continued and an additional mediation conference has been

scheduled on:  _____


_____ D.   The matter was settled prior to mediation conference.


<u>Attendance:</u>

Parties and counsel present:

Christianna Cathcart, Maurice VerStandig, Ted Gavin (via phone), Michael Schmitz (via phone),

Caren Stanley, Kesha Tanabe, Charles Aarestad, Danielle Harless, Doug Murch, Jesse Craig,

Eric Ahlgren (via phone), Michael Duffy (via phone).

Parties and Counsel not present: None

Also present: Mulinda Craig


DATED: May 13, 2026

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge
St. Louis, Missouri

2

Copies to:

**Christianna A. Cathcart**
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246
Attorney for Generations on 1st, LLC
Attorney for Parkside Place, LLC


**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
Attorney for Generations on 1st, LLC
Attorney for Parkside Place, LLC

**Drew J. Hushka**
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58102
Attorney for Red River State Bank

**Caren Stanley**
Vogel Law Firm
218 Northern Pacific Avenue
Fargo, ND 55102
Attorney for Red River State Bank

**Kesha Tanabe**
Vogel Law Firm
218 Northern Pacific Avenue
Fargo, ND 58102
Attorney for Red River State Bank

**Erik A. Ahlgren**
Ahlgren Law Office, PLLC
220 W. Washington Ave.
Ste 105
Fergus Falls, MN 56537
Attorney for the Bankruptcy Estate of The Ruins, LLC in Adv. 25-7009

**Douglas Murch**
Conmy Feste Ltd
3369 45th Street South
Fargo, ND 58104
Attorney for Jesse Craig
Attorney for Craig Development, LLC in Adv. 26-7003
Attorney for Craig Properties, LLC in Adv. 26-7003
Attorney for Jordan Horner in Adv. 26-7003