**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  25-30002 |
| Generations on 1st LLC, | Chapter 11 |
| Debtor. | |
| In Re: | Case No. 25-30003 |
| Parkside Place LLC, | Chapter 11 |
| Debtor. | (Jointly Administered) |
| Generations on 1st, LLC, Parkside Place, LLC, and The Ruins, LLC, | |
| Plaintiffs, | Adversary No. 25-07009 |
| v. | |
| Red River State Bank, | |
| Defendant. | |

## <u>MOTION TO CONTINUE</u>

Red River State Bank (the "<u>Bank</u>") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Thursday, May 28, 2026: (1) Motion for Approval of the Bank's Disclosure Statement [ECF 306]; (2) Motion for Approval of the Debtor-Parkside's Disclosure Statement [ECF 313]; (3) Debtors' Sixth Motion for Leave to Use Cash Collateral [ECF 277]; (4) the Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estate of Parkside Place, LLC [ECF 304]; (5) and the Pretrial Planning and Scheduling Conference in Adversary Proceeding 25-7009. Counsel to the Bank has conferred with counsel to Debtors Generations on 1st, LLC and Parkside Place LLC

("Debtors") and the Debtors' CROs to confirm their support for a continuance. To that end,

movant respectfully requests that the Court postpone the hearing on Thursday, May 28, 2026

to the following week, preferably to Thursday, June 4, 2026. A continuance will allow the

parties to continue informal settlement discussions and to finalize and file amended documents.

Dated:  May 26, 2026                         **VOGEL LAW FIRM**

                                             */s/ Kesha L. Tanabe*
                          BY:   Caren W. Stanley (#06100)
                                cstanley@vogellaw.com
                                Drew J. Hushka (#08230)
                                dhushka@vogellaw.com
                                Kesha L. Tanabe
                                ktanabe@vogellaw.com
                                218 NP Avenue
                                PO Box 1389
                                Fargo, ND  58107-1389
                                Telephone: 701.237.6983
                                *Attorneys for Red River State Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.

                                             */s/ Kesha L. Tanabe*
                                             Kesha L. Tanabe