**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Generations on 1st LLC,<br><br>Debtor. | Case No.: 25-30002<br><br>Chapter 11 |
| In Re:<br><br>Parkside Place LLC,<br><br>Debtor. | Case No. 25-30003<br><br>Chapter 11<br><br>(Jointly Administered) |
| Generations on 1st, LLC; Parkside Place, LLC; and The Ruins, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No. 25-07009 |
| Red River State Bank,<br><br>Plaintiff,<br><br>v.<br><br>Craig Development, LLC, Craig Properties, LLC, Jesse Craig, and Jordan Horner,<br><br>Defendants. | Adversary No. 26-07003 |

**MOTION TO CONTINUE**

Red River State Bank (the "Bank") hereby moves the Court for an order continuing the following matters that are currently set for hearing on Wednesday, September 16, 2026 at 10:00 a.m. CST:

1. Bank's Motion for Derivative Standing to Pursue Claims on Behalf of the Estate of Parkside Place, LLC [ECF 304];

2. Defendants' Motion to Dismiss Plaintiff's Complaint in Adversary Case No. 26-07003 [ECF 9]; and

3. Pretrial Planning and Scheduling Conference in Adversary Case No. 25-07009.

The Third Amended Plan for Parkside Place, LLC [Doc. 550] (the "Plan") was confirmed on September 8, 2026 [Doc. 552]. The Motion for Derivative Standing and Motion to Dismiss Plaintiff's Complaint are likely to be mooted upon the occurrence of the Effective Date of the Plan. Additionally, the remaining claim of Parkside Place, LLC in Adversary Case No. 25-07009 will be assigned to the Creditor Trust on the Effective Date, with the prospective Creditor Trustee becoming responsible for such litigation.

Under the Plan, the Effective Date must occur on or before Friday, October 2, 2026. However, counsel to the Bank does not expect the Effective Date of the Plan to occur on or before Wednesday, September 16, 2026. A postponement of the above-referenced matters until after the Effective Date will allow the prospective Parkside Creditor Trustee to attend such hearing and it will be the most efficient use of the Court's time.

Counsel to the Bank has conferred with the Generations Creditor Trustee and the prospective Parkside Creditor Trustee to confirm their support for a continuance. To that end, movant respectfully requests that the Court postpone the hearing on Wednesday, September 16, 2026, to the week of October 19, 2026 or later, as the Court's schedule permits.

Dated: September 10, 2026

**VOGEL LAW FIRM**

*/s/ Kesha L. Tanabe*
BY: Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
Kesha L. Tanabe
ktanabe@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: 701.237.6983
*Attorneys for Red River State Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe