**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30003<br>Chapter 11 |
| The Ruins, LLC<br><br>Debtor. | Bankruptcy No. 25-30004<br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC,<br><br>Plaintiffs,<br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No. 25-7009 |

**ORDER APPROVING STIPULATION AND**
**DISMISSING CERTAIN CLAIMS WITHOUT PREJUDICE**

Debtor The Ruins, LLC, filed a Motion to Approve a Stipulation to Dismiss Without Prejudice and Tolling Agreement. In their stipulation, Debtor and Red River State Bank agree that the claims and causes of action asserted by The Ruins may be dismissed without prejudice to the Trustee's right to pursue the bankruptcy estate's claims at a later date and without prejudice to Red River State Bank's right to pursue any counterclaims against the bankruptcy estate. To ensure that a statute of limitations does not bar these potential claims, the parties agreed that "any and all applicable statutes of limitation, statutes of repose, contractual or equitable time bars, deadlines, notice requirements, laches, waiver, or similar time-based defenses as to any claims or causes of action that The Ruins and/or RRSB have or may have against each other

arising out of or related to the facts, transactions, or occurrences at issue in this action are tolled and suspended, and no time shall run thereon, beginning on the effective date of this Stipulation and continuing through and including the date that is 60 days following written notice from RRSB to The Ruins of resolution of the claims asserted by Generations on 1st, LLC and Parkside Place, LLC against RRSB." Doc. 54.

Upon review of the stipulation, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that:

1. The Motion to Approve Stipulation to Dismiss Without Prejudice and Tolling Agreement [Doc. 55] is GRANTED.
2. The Stipulation to Dismiss Without Prejudice and With Tolling Agreement [Doc. 54] is APPROVED.
3. All claims, counterclaims, crossclaims, and causes of action asserted by and between the Ruins and RRSB in the above-captioned action are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs as between them, unless otherwise agreed in writing.

Dated: October 8, 2026.

Shon Hastings, Judge
United States Bankruptcy Court