**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30003<br>Chapter 11 |
| The Ruins, LLC<br><br>Debtor. | Bankruptcy No. 25-30004<br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC,<br><br>Plaintiffs,<br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No. 25-7009 |

---

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT OF COUNT VI UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

---

Steven Huff, in his capacity as Trustee of the Parkside Trust, and Red River State Bank filed a Joint Motion for Approval of Compromise and Settlement of Count VI Under Federal Rule of Bankruptcy Procedure 9019. Bankr. No. 25-30002, Doc. 567; Adv. Case No. 25-7009, Doc. 73. Based on the information in the motion and

other pleadings and evidence offered in this case, the Court finds that the proposed settlement is fair and equitable, reflects a balance of the risks of litigation with the potential recovery and appears to be in the best interest of the bankruptcy estate. Accordingly, the Court finds cause for approving the settlement.

IT IS SO ORDERED that:

1. The motion is granted and the settlement approved.

2. Red River State Bank's allowed general unsecured claim shall be reduced by $100,000.

3. Count VI in Adversary Case No. 25-07009 is DISMISSED WITH PREJUDICE.

Dated: November 2, 2026.

Shon Hastings, Judge
United States Bankruptcy Court