**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30003<br>Chapter 11 |
| The Ruins, LLC<br><br>Debtor. | Bankruptcy No. 25-30004<br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC,<br><br>Plaintiffs,<br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No. 25-7009 |

**ORDER DISMISSING ADVERSARY PROCEEDING**

On October 8, 2026, the Court entered an Order granting The Ruins, LLC's Motion to Approve Stipulation to Dismiss without Prejudice and Tolling Agreement. Doc. 72. The Court approved the parties' stipulation and dismissed all claims, counterclaims, crossclaims, and causes of action asserted by and between The Ruins and Red River State Bank in Adversary Proceeding No. 25-7009 without prejudice. Doc. 72.

On July 24, 2026, the Court confirmed the Second Amended Joint Chapter 11 Plan for Generations on 1st, LLC. Doc. 504. Paragraph 4.10 of the confirmed plan provides that, "on Effective Date of the Plan, any and all claims against RRSB and/or any of its employees, representatives, officers, and directors, that were raised or could have been raised in the Adversary Proceeding or Foreclosure Proceeding, shall be dismissed with prejudice." Doc. 487 at 14. According to the definitions in the plan, "Adversary Proceedings" means "the adversary proceeding brought by the Debtor AP-25-7009 in the United States Bankruptcy Court for the District of North Dakota." Id. at 5. On August 24, 2026, Red River State Bank filed a Notice of: (A) Entry of Confirmation Order; (B) Effective Date; and (C) Substantial Consummation. Doc. 545. The pleading provides that the effective date of the Second Amended Joint Chapter 11 Plan for Generations on 1st is August 25, 2026. Id. Accordingly, any and all claims asserted by Generations on 1st, LLC, against Red River State Bank in this adversary proceeding are dismissed with prejudice.

On September 8, 2026, the Court confirmed Creditor's Third Amended Plan of Liquidation for Parkside Place, LLC. Doc. 552. Paragraph 4.10 of the confirmed plan provides that, "on the Effective Date of the Plan, any and all claims against RRSB and/or any of its employees, representatives, officers, and directors, that were raised or could have been raised in the Adversary Proceeding or Foreclosure Proceeding, shall be dismissed with prejudice." Doc. 550 at 11. The last sentence of this paragraph clarified that Count VI of the Adversary Proceeding was not a part of the settlement; it provides: "Notwithstanding anything to the contrary herein, this Plan shall not release RRSB from liability under Count VI of the Adversary Proceeding." Id. According to the

definitions in the Plan, "Adversary Proceeding" means "the adversary proceeding brought by the Debtor AP-25-7009 in the United States Bankruptcy Court for the District of North Dakota." Id. at 2. On September 29, 2026, Red River State Bank filed a Notice of: (A) Effective Date and (B) Substantial Consummation. Doc. 562. The pleading provides that the effective date of the Creditor's Third Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC, is September 29, 2026. Id. Consequently, all the claims and causes of action Parkside Place, LLC, asserted against Red River State Bank are dismissed with prejudice effective September 29, 2026, except Count VI of this Adversary Proceeding.

On or about October 23, 2026, Red River State Bank and Steven Huff, in his capacity as Trustee of the Parkside Trust reached a settlement resolving the Count VI of this Adversary Proceeding. Doc. 567. The Court entered an Order granting their motion to approve the settlement and approving the settlement. Doc. 576. In the Order, the Court dismissed Count VI of this Adversary Proceeding with prejudice. Id. Accordingly, any and all claims asserted by Parkside Place, LLC, against Red River State Bank in this adversary proceeding are dismissed with prejudice.

For the reasons outlined above, the claims and causes of action asserted in this adversary proceeding are dismissed. Judgment may be entered accordingly.

Dated: November 4, 2026.

Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court