United States Bankruptcy Court
District of North Dakota

Generations on 1st LLC,
Plaintiff
Red River State Bank,
Defendant

Adv. Proc. No. 25-07009-skh

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 2
Date Rcvd: Nov 04, 2026 | Form ID: pdf2some | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 3pp | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | * | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Drew J. Hushka | on behalf of Defendant Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice. |

net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN

on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren

on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Kesha Tanabe

on behalf of Defendant Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig

on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30003<br>Chapter 11 |
| The Ruins, LLC<br><br>Debtor. | Bankruptcy No. 25-30004<br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC,<br><br>Plaintiffs,<br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No. 25-7009 |

**ORDER DISMISSING ADVERSARY PROCEEDING**

On October 8, 2026, the Court entered an Order granting The Ruins, LLC's Motion to Approve Stipulation to Dismiss without Prejudice and Tolling Agreement. Doc. 72. The Court approved the parties' stipulation and dismissed all claims, counterclaims, crossclaims, and causes of action asserted by and between The Ruins and Red River State Bank in Adversary Proceeding No. 25-7009 without prejudice. Doc. 72.

On July 24, 2026, the Court confirmed the Second Amended Joint Chapter 11 Plan for Generations on 1st, LLC. Doc. 504. Paragraph 4.10 of the confirmed plan provides that, "on Effective Date of the Plan, any and all claims against RRSB and/or any of its employees, representatives, officers, and directors, that were raised or could have been raised in the Adversary Proceeding or Foreclosure Proceeding, shall be dismissed with prejudice." Doc. 487 at 14. According to the definitions in the plan, "Adversary Proceedings" means "the adversary proceeding brought by the Debtor AP-25-7009 in the United States Bankruptcy Court for the District of North Dakota." Id. at 5. On August 24, 2026, Red River State Bank filed a Notice of: (A) Entry of Confirmation Order; (B) Effective Date; and (C) Substantial Consummation. Doc. 545. The pleading provides that the effective date of the Second Amended Joint Chapter 11 Plan for Generations on 1st is August 25, 2026. Id. Accordingly, any and all claims asserted by Generations on 1st, LLC, against Red River State Bank in this adversary proceeding are dismissed with prejudice.

On September 8, 2026, the Court confirmed Creditor's Third Amended Plan of Liquidation for Parkside Place, LLC. Doc. 552. Paragraph 4.10 of the confirmed plan provides that, "on the Effective Date of the Plan, any and all claims against RRSB and/or any of its employees, representatives, officers, and directors, that were raised or could have been raised in the Adversary Proceeding or Foreclosure Proceeding, shall be dismissed with prejudice." Doc. 550 at 11. The last sentence of this paragraph clarified that Count VI of the Adversary Proceeding was not a part of the settlement; it provides: "Notwithstanding anything to the contrary herein, this Plan shall not release RRSB from liability under Count VI of the Adversary Proceeding." Id. According to the

definitions in the Plan, "Adversary Proceeding" means "the adversary proceeding brought by the Debtor AP-25-7009 in the United States Bankruptcy Court for the District of North Dakota." Id. at 2. On September 29, 2026, Red River State Bank filed a Notice of: (A) Effective Date and (B) Substantial Consummation. Doc. 562. The pleading provides that the effective date of the Creditor's Third Amended Chapter 11 Plan of Liquidation for Parkside Place, LLC, is September 29, 2026. Id. Consequently, all the claims and causes of action Parkside Place, LLC, asserted against Red River State Bank are dismissed with prejudice effective September 29, 2026, except Count VI of this Adversary Proceeding.

On or about October 23, 2026, Red River State Bank and Steven Huff, in his capacity as Trustee of the Parkside Trust reached a settlement resolving the Count VI of this Adversary Proceeding. Doc. 567. The Court entered an Order granting their motion to approve the settlement and approving the settlement. Doc. 576. In the Order, the Court dismissed Count VI of this Adversary Proceeding with prejudice. Id. Accordingly, any and all claims asserted by Parkside Place, LLC, against Red River State Bank in this adversary proceeding are dismissed with prejudice.

For the reasons outlined above, the claims and causes of action asserted in this adversary proceeding are dismissed. Judgment may be entered accordingly.

Dated: November 4, 2026.

Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court