United States Bankruptcy Court
District of North Dakota

Generations on 1st LLC,
Plaintiff
Red River State Bank,
Defendant

Adv. Proc. No. 25-07009-skh

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 2
Date Rcvd: Nov 04, 2026 Form ID: pdf2some Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 3pp | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | * | Red River State Bank, Attn: Caren W. Stanley, Vogel Law Firm., PO Box 1389, Fargo, ND 58107-1389 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Defendant Red River State Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Plaintiff Generations on 1st LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Plaintiff Parkside Place LLC christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Drew J. Hushka | on behalf of Defendant Red River State Bank dhushka@vogellaw.com lstanley@vogellaw.com,kjohnson@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice. |

| | |
|---|---|
| | net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Plaintiff The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Erik A. Ahlgren | on behalf of Counter-Defendant The Ruins LLC erik@ahlgrenlawoffice.net, trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Kesha Tanabe | on behalf of Defendant Red River State Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Maurice VerStandig | on behalf of Counter-Defendant Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Parkside Place LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Counter-Defendant Generations on 1st LLC mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Generations on 1st, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30002<br>Chapter 11 |
| Parkside Place, LLC<br><br>Debtor, Jointly Administered. | Bankruptcy No. 25-30003<br>Chapter 11 |
| The Ruins, LLC<br><br>Debtor. | Bankruptcy No. 25-30004<br>Chapter 11 |
| Generations on 1st, LLC, Parkside Place, LLC and The Ruins, LLC,<br><br>Plaintiffs,<br>v.<br><br>Red River State Bank,<br><br>Defendant. | Adversary No. 25-7009 |

**JUDGMENT**

For the reasons stated in the Order Dismissing Adversary Proceeding, IT IS ORDERED AND ADJUDGED that this case is dismissed.

Dated: November 4, 2026.

Shon Hastings, Judge
United States Bankruptcy Court